## KENNER *v.* UNITED STATES.

**ERROR TO THE CIRCUIT COURT FOR THE DISTRICT OF LOUISIANA.**

No. 202. Argued April 8 and 9, 1874. — Decided May 4, 1874.

*The Confiscation Cases*, 20 Wall. 92, followed.

MR. JUSTICE STRONG delivered the opinion of the court.

There is nothing in this case which we have not considered in our review of *The United States* v. *Eight Hundred and Forty-four Lots and Ten Squares of Ground,* the property of John Slidell, just decided. *The Confiscation Cases,* 20 Wall. 92.

*The judgment of the Circuit Court is affirmed.*

*Mr. C. Cushing, Mr. W. W. Boyce, Mr. C. M. Conrad, Mr. L. L. Conrad, Mr. W. D. Davidge* and *Mr. R. Fendall* for plaintiff in error.

*Mr. Attorney General* for defendant in error.